IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AMERICAN STATES INSURANCE COMPANY,

          Plaintiff,

    v.

PIH BEAVERTON LLC,

          Defendant.

No. 3:15-cv-00960-SB

ORDER

HERNANDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings & Recommendation (#27) on May 3, 2016, in which she recommends the Court deny Plaintiff's motion for summary judgment and deny Defendant's motion for summary judgment. Both parties have timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

1 - ORDER

Magistrate Judge's report.  28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered the parties' objections and conclude there is no basis to modify the Findings & Recommendation.  I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [27], and therefore, Plaintiff's motion for summary judgment [14] and Defendant's motion for summary judgment [18] are denied.

IT IS SO ORDERED.

DATED this 24 day of June, 2016.

/s/ Marco Hernández
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER